```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
```
In re:

        SIMON ZAROUR

                      Debtor,

Case No. 18-22380 (RDD)

Chapter 13

```
---------------------------------------------------------x
```

## ORDER CONVERTING CHAPTER 13 CASE TO CASE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

Upon the motion, dated May 22, 2018 (the "Motion") of the above referenced debtor (the "Debtor") under 11 U.S.C. § 1307(d) for an order converting this case under Chapter 13 of the Bankruptcy Code to a case under Chapter 11 of the Bankruptcy Code; and there being due and sufficient notice of the Motion; and there being no opposition to the requested relief; and no additional notice or hearing being required under the circumstances; and, after due deliberation, the Court having found that the Debtor has not confirmed a Chapter 13 plan under 11 U.S.C. § 1325 and has otherwise satisfied the requirements of 11 U.S.C. §1307(d) for the reasons stated in the Motion; now, therefore, it is hereby

ORDERED THAT:

1. The Motion is granted.

2. This Chapter 13 case is converted to a case under Chapter 11 of the Bankruptcy Code pursuant to 11 U.S.C. §1307(d).

3. The Chapter 13 trustee shall take all actions required by the conversion of this case, including as required by Fed. R. Bankr. P. 1019(4) and (5).

4. The Debtor shall file:

    a. within 14 days of the date of this Order and if such documents have not already been filed, the statements, schedules and payment advices or the required statement regarding payment advices and Official Bankruptcy Form 22 B "Statement of Current

Income for use in Chapter 11";

b.  Within 2 business days of the date of this Order, a list of the names, addresses and amount of claims of the creditors that hold the 20 largest unsecured claims, as required by Fed. R. Bankr. P. 1007(d); and

c.  Otherwise comply with the duties of a debtor under Chapter 11 of the Bankruptcy Code.

Dated: White Plains, New York
June 19, 2018

/s/ Robert D. Drain
HON. ROBERT D. DRAIN
U.S. BANKRUPTCY JUDGE