

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

June 25, 2018

Clerk, United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:       Rushmore Loan Management Services, LLC. as servicer for U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust vs. Simon Zarour, et al.
Case No.    18-22380-rdd

Dear Sir or Madam:

Enclosed herewith please find a Chamber's Copy of a Notice of Motion, Application, and Affidavit of Mailing of same filed by Gross Polowy, LLC. Also enclosed herewith please find an original and one copy of a proposed Order.

Please note that the motion has been scheduled for September 7, 2018 at 10:00 a.m. in White Plains, New York.

If you have any questions, please feel free to call.

Very truly yours,

By:    Ehret Anne Van Horn, Esq.

Enc.