Mark L Parent

June 16, 2020

RE: **Simon Zarour  7:2018-bk-22380 (nysb)**

Dear Judge,

In October of 2018 we sent a check covering the deposit for a week's vacation rental to Simon Zarour in the amount of $6,400. 00. We had rented from him on three prior occasions.

Check was cashed November 1, 2018. Along with the check we sent the signed contract. (Copies included)

May 13, 2019 we sent the final payment to Simon in the amount of $7,950 covering the cost of the week's rental on 32 Ocean Ave, Aug 10 thru the 17, 2019

Two weeks prior to rental period , at the beginning of August Simon informed me we could not use the property due to legal issues. This created a major issue for our family of 18.

Researching the web I discovered that Simon was in bankruptcy proceedings beginning March 12, 2018, seven months before my first payment.

Numerous communications with Simon have resulted in unfulfilled promises to return my deposit and the as yet uncashed second check.

Please include me as a creditor with rights as Simon fraudulently accepted my money while in bankruptcy.

Sincerely,

Mark L Parent

151 Amity Street Unit 2
Amherst, Ma 01002
marklparent@yahoo.com
413-478-2615

**Rental Invoice**

October 14, 2018

Dear Mark,

Thank you for choosing our house for your vacation. We hope that you have a pleasant stay. The house is located at 32 Ocean Avenue, Monmouth Beach, NJ 07750  Phone #(201) 484-9531.

Your confirmation is as follows:
Check-in date:  August 10, 2019 after 4:00 p.m. EST
Check-out date:  August 17, 2019 by 10:00 a.m.

Number of people in party:

Your bill is as follows:

$ 12,800   rent (7 nights)
$      550   cleaning

$   1,000   security deposit
$ 14,350

*[handwritten: 14350 / 6400  PO 11/1 / 7950  1509]*

Please sign and return 1 copy of this confirmation statement and 1 copy of the rental agreement and retain one copy for yourself.  Please send the rental agreement and deposit to Simon Zarour, 231 McNamara Rd, Spring Valley, NY  10977.  Reservations are confirmed upon receipt of contract and payment.

Thanks! Have a great vacation!

Regards,

Simon

Signature_____Date_____

**Bank of America** 

Online Banking

**Adv Tiered Interest Chkg** — Account Activity Transaction Details

| | |
|---:|:---|
| **Check number:** | 00000001456 |
| **Post date:** | 11/01/2018 |
| **Amount:** | -6,400.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

```
Mark L Parent or                                        1456
Sandra D Parent
151 Amity St Unit 2              Oct 29, 2018
Amherst, MA 01002-2240                        Date

Pay To The
Order Of   Aimen Yarsua              $ 6400.00
Sixty-four Hundred         00/100  Dollars

Bank of America
ACH R/T 011000138

For_____          Sandra Parent
```



PO Box 15284
Wilmington, DE 19850

N3
MARK L PARENT OR
SANDRA D PARENT
151 AMITY ST APT 2
AMHERST MA 01002-2699

**Date**
August 8, 2019

**Account ending in** ▮▮▮▮
**Account type**
Adv Tiered Interest Chkg

## We've completed your stop payment request.

### Stop payment details

| | |
|---|---|
| Effective date: | 08/08/19 |
| Expiration date: | 08/07/20 |
| Date of check: | 00/00/00 |
| Check number/range: | 0000001509 |
| Check amount: | $7,950.00 |
| Stop payment fee: | $0.00 |
| Reason: | ALL OTHER REASONS |
| Payee: | |

Note: A list of Payee prefix descriptions can be found on the reverse side of this notice.

### What you need to do

- Please review the stop payment details for accuracy.
- Deduct the stop payment fee amount listed above from your account balance.
- If you need to update your stop payment request, please call us using the number listed on your statement.

### We look forward to continuing to serve your financial needs

Please see the reverse side of this notice for important terms and conditions.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC. © 2016 Bank of America Corporation

C315727 1116 493 PE

**From:** alliemarnie@aol.com
**Sent:** Friday, May 22, 2020 4:38 PM
**To:** marklparent@yahoo.com
**Subject:** Re: Money

Mark I haven't forgotten you one moment regarding getting your money back. It just hasn't worked out yet and hoping that as soon as it does I will email you that I will be forwarding your funds back.

Everybody stay healthy with this virus and hoping I will get back to you the sooner the better for both of us.

Sincerely

Simon


-----Original Message-----
From: Mark Parent <marklparent@yahoo.com>
To: Simon Zarour <alliemarnie@aol.com>
Sent: Mon, May 11, 2020 8:16 am
Subject: Money

Simon

What is happening with our money?

Best Regards
Mark

**From:** Mark Parent
**Sent:** Friday, August 9, 2019 7:09 PM
**To:** Thomas Reidy
**Subject:** Fw: Payment

FYI

Best Regards
Mark

----- Forwarded Message -----
**From:** "Simon" <alliemarnie@aol.com>
**To:** "Mark Parent" <marklparent@yahoo.com>
**Sent:** Fri, Aug 9, 2019 at 7:06 PM
**Subject:** Re: Payment

Dear Mark

I apologize for not responding

I thought by now I would've settled the initial payment back to you, the second check I asure you will come back with your first check. It has not been deposited as I told you and will come back to you.

I am hoping to resolve this with you within two weeks and will keep you posted.

Thank you for being patient

Simon

Sent from my iPhone

On Aug 8, 2019, at 3:02 PM, Mark Parent <marklparent@yahoo.com> wrote:

Simon

Are you tied up in bankruptcy?

My payment to you for rental deposit should not be affected and should be released

Please return my second check I have put a stop payment on it